**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Physics, Materials, and Applied Mathematics Research LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Jeremy Yeak, et al.,<br><br>    Defendants. | No. CV-20-00379-TUC-JCH<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

This action came before the Court for a trial by jury commencing on February 26, 2024. The issues have been heard and on March 7, 2024, the jury rendered a unanimous verdict (Doc. 298). Accordingly,

**IT IS ORDERED AND ADJUDGED:**

1. Judgment is entered in favor of Plaintiff PM&AM and against Defendants Jeremy Yeak and Opticslah, LLC.

2. Pursuant to the foregoing jury verdict on damages, judgment is entered in favor of Plaintiff and against Defendant Jeremy Yeak in the amount of $2,832,500.00 in compensatory damages and an additional $100,000 in punitive damages.

3. Pursuant to the foregoing jury verdict on damages, judgment is entered in favor of Plaintiff and against Defendant Opticslah, LLC in the amount of $1,467,500.00 in compensatory damages.

4. Plaintiff is entitled to post-judgment interest calculated from the date of the entry of judgment until the judgment is satisfied in full. Under 28 U.S.C. § 1961, the rate

for post-judgment interest is 5.01% per annum.[1]

5. In addition to the damages awarded by the jury, Defendant Jeremy Yeak shall pay attorney fees to Plaintiff in the amount of $2,366,746.25.

6. Defendants Jeremy Yeak and Opticslah, LLC shall pay taxable costs to Plaintiff in the amount of $19,557.06.

7. The Court shall maintain jurisdiction over this action for the purposes of enforcing this Judgment.

**PERMANENT INJUNCTION**

Defendants Dr. Jeremy Yeak and Opticslah, LLC shall be permanently enjoined from engaging in the conduct summarized below.[2] This Permanent Injunction shall be applicable to Defendants and their affiliates, officers, directors, employees, agents, representatives, successors, assignees, and all persons, partnerships, corporations, and other entities acting under, by, through, on behalf of, or in concert with Defendants.

1. Except with respect to completing the Molten Salt Phase II and Trace Elements Phase II government contracts, *see* Doc. 341 at 5–6, Defendants Jeremy Yeak and Opticslah, LLC are enjoined and restrained from further use, copying, reproduction, disclosure, and/or commercialization of Plaintiff's Trade Secrets, known as "The Average of Three," "Vortex," and "Rainbow Lines."

2. Defendants Yeak and Opticslah are further enjoined and restrained from using Plaintiff's Trade Secrets for research and development under any future SBIR/STTR grant or contract, or any other future government contract.

3. Defendants Yeak and Opticslah are ordered to return all Plaintiff's property and any material embodying Plaintiff's Confidential Information, Developments, and Trade Secrets no later than August 2, 2024.

---

[1] Plaintiff is not entitled to prejudgment interest because the damages here arise from unliquidated claims. *See John C. Lincoln Hosp. and Health Corp. v. Maricopa Cnty.*, 96 P.3d 530, 542–43 (Ariz. App. 1st Div. 2004), *as amended* (Sept. 1, 2004) (a claim is unliquidated if the exact amount of damages depends on the opinion or discretion of the jury).

[2] The findings supporting this entry of a permanent injunction and discussing its scope may be found in the concurrently filed Order (Doc. 341).

4. Any material breach of this Permanent Injunction will entitle Plaintiff to immediate injunctive relief to enforce this Permanent Injunction, as well as its reasonable attorney fees and costs arising from bringing an action against Defendants.

5. The Court shall maintain jurisdiction over this action for the purposes of enforcing this Permanent Injunction.

**Finding no just reason for delay, the Clerk of the Court is hereby directed, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, to enter this Judgment and Permanent Injunction forthwith.**

**SO ORDERED.**

Dated this 11th day of July, 2024.

_____
John C. Hinderaker
United States District Judge